**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| GENZYME CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ANCHEN PHARMACEUTICALS, INC.<br><br>Defendant. | ) | C. A. No. 1:10-cv-00512-GMS<br><br>**ORAL ARGUMENT REQUESTED** |
| ANCHEN PHARMACEUTICALS, INC.<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>GENZYME CORPORATION and<br>BONE CARE INTERNATIONAL, LLC<br><br>Counterclaim-Defendants. | ) | |

**ANCHEN'S MOTION FOR JUDGMENT ON THE PEADINGS ON**
**<u>COUNT V OF ANCHEN'S COUNTERCLAIMS</u>**

Pursuant to Federal Rule of Civil Procedure 12(c), Defendant Anchen Pharmaceuticals, Inc. ("Anchen"), by and through its undersigned counsel, hereby respectfully moves the Court for judgment on the pleadings on Count V of Anchen's Counterclaims, holding that U.S. Patent No. 6,903,083 B2 is unenforceable by virtue of the statutory disclaimer filed by Counterclaim-Defendant Bone Care International, LLC.

The grounds for this motion are fully set forth in the accompanying brief and supporting declaration, filed contemporaneously herewith and incorporated by reference herein.

        Respectfully submitted,

        PHILLIPS, GOLDMAN & SPENCE, P.A.

Date: October 27, 2010    By:  /s/ John C. Phillips, Jr.
    John C. Phillips, Jr. (#110)
    1200 North Broom Street
    Wilmington, Delaware 19806
    (302) 655-4200 (telephone)
    (302) 655-4210 (facsimile)
    jcp@pgslaw.com

Of Counsel:
William A. Rakoczy
Paul J. Molino
Andrew M. Alul
Theodore J. Chiacchio
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street
Suite 500
Chicago, IL 60654
(312) 222.6301 (telephone)
(312) 222.6321 (facsimile)
wrakoczy@rmmslegal.com

*Attorneys for Defendant-Counterclaim Plaintiff Anchen Pharmaceuticals, Inc.*