IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GENZYME CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANCHEN PHARMACEUTICALS, INC. ) <br> ) <br> Defendant. ) | C. A. No. 1:10-cv-00512-GMS <br><br> **ORAL ARGUMENT REQUESTED** |
| ANCHEN PHARMACEUTICALS, INC. ) <br> ) <br> Counterclaim-Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GENZYME CORPORATION and ) <br> BONE CARE INTERNATIONAL, LLC ) <br> ) <br> Counterclaim-Defendants. ) | |

**DECLARATION OF THEODORE J. CHIACCHIO, ESQ.**

I, Theodore J. Chiacchio, declare as follows:

1. I am an attorney-at-law admitted to practice in the State of New Jersey, and am an associate in the firm of RAKOCZY MOLINO MAZZOCHI SIWIK LLP, counsel for Defendant/Counterclaim-Plaintiff Anchen Pharmaceuticals, Inc. ("Anchen"). In such capacity, I am fully familiar with the facts contained herein.

2. I have been admitted *pro hac vice* and have entered an appearance on behalf of Anchen in the above-captioned matter.

3. I submit this Declaration to authenticate and provide to the Court certain documents, cited to and referenced in the accompanying Brief In Support of [Anchen's] Rule 12(c) Motion for Judgment on the Pleadings on Count V of Anchen's Counterclaims.

4. A true and accurate copy of Disclaimer in Patent Under 37 CFR 1.321(a) filed on behalf of Bone Care International, LLC for U.S. Patent No. 6,903,083 B2 is attached hereto as Exhibit A.

I, Theodore J. Chiacchio, hereby declare under penalty of perjury under 28 U.S.C. § 1746 and the laws of the United States of America that the foregoing Declaration is true and correct to the best of my knowledge.

Dated: October 27, 2010

_____
Theodore J. Chiacchio, Esq.